UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. H-05-00170 |
| | § | |
| DAVID RINCON | § | |
| RODOLFO GARCIA | § | |
| | § | |
| Defendant. | § | |

### ORDER SETTING HEARING

The parties are hereby notified that a hearing is scheduled for **June 17, 2005 at 12:00 p.m.** in Courtroom 8C. The parties should be prepared to discuss Defendant Garcia's Motion to Modify Travel Restrictions to Allow Limited Business Travel to Guatemala with Legal Authorities in Support.

IT IS SO ORDERED.

SIGNED the 15th day of June, 2005.

Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**